BOLESLAW WYSZYNSKI, Respondent, *v.* MATRONA WYSZYNSKI, Appellant.

Argued October 2, 1946; decided October 17, 1946.

*I. Maurice Wormser, Edward A. Scott, Jr.,* and *Alfred T. Rowe* for appellant.

*Joseph M. Conroy* and *Sigmond F. Sarnowski* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.